UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROULAND, et al.,<br><br>    Defendants. | No. 2:19-cv-2489 JAM AC P<br><br><br>ORDER |

    Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 3, 2020, plaintiff filed motions to voluntarily dismiss this action. ECF Nos. 12, 13. As a result, the matter was dismissed on February 5, 2020. ECF No. 14. Thereafter, on February 10, 2020, plaintiff filed a motion to reopen this case as well as an unsolicited second amended complaint. ECF Nos. 15, 16.

    Because this case has been closed at plaintiff's request in compliance with Federal Rule of Civil Procedure 41(b), it cannot be reopened. If plaintiff wishes for this action to be heard, he must file a new complaint which will be assigned a new case number. He should refrain from filing documents under this case number, because documents filed in a closed case will be disregarded.

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reopen this action
2 | (ECF No. 15) is DENIED.
3 | DATED: February 18, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE